IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:16-cr-00223-1
)
Sean E. Whitaker, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant's Letter (construed as a Motion and filed as Doc. 40) requesting credit towards his federal sentence for time served in state custody. Defendant was sentenced by this Court on March 9, 2017, following his plea of guilty to failure to register as a sex offender. At the time of sentencing, Defendant had been in federal custody via a writ since June 29, 2016, having been removed from state custody on that date.

This Court sentenced Defendant to 33 months custody. A few days later, on March 15, 2017, Defendant was sentenced by the State of Georgia in Chatham County for failure to register as a sex offender (Dkt. No. CR161206). The conduct underlying Defendant's state sentence is the *very same conduct* underlying his federal sentence. The State sentenced Defendant to 1 year custody, concurrent with the federal sentence, with said state sentence expiring on April 19, 2017.

Sean E. Whitaker
Order on Motion
Page 2

The Bureau of Prisons, pursuant to 18 U.S.C. § 3585(b), has not awarded Defendant credit for any time served prior to April 19, 2017. Because the state and federal sentences were imposed as to the same criminal conduct, the Court desires that Defendant's state and federal sentences be served concurrently, beginning June 29, 2016.

Defendant's Motion for Credit for Time Served is **GRANTED**.

SO ORDERED this 30 day of March, 2017.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE